UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TODD B. JOHNSON,

    Plaintiff,

v.                                        Case No. 3:16cv1-MCR/CJK

C. ESQUIVIA-MUNOZ, et al.,

    Defendants.
_____/

REPORT AND RECOMMENDATION

On January 7, 2016, the court directed plaintiff to file an amended civil rights complaint and a motion to proceed *in forma pauperis* within thirty days.  (Doc. 3). Plaintiff failed to file either document within the allotted time.  On March 1, 2016, plaintiff was ordered to show cause within fourteen days why this case should not be dismissed for failure to prosecute and/or failure to comply with an order of the court. To date, plaintiff has not submitted the amended complaint or motion to proceed *in forma pauperis*, nor has he responded to the court's order to show cause.

Accordingly, it is respectfully RECOMMENDED:

1.     That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2.     That the clerk be directed to close the file.

At Pensacola, Florida, this 18th day of March, 2016.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.